# SLEVIN & HART, P.C.

Attorneys at Law
1300 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
202/797-8700
FAX: 202/234-8231

MEREDITH B. GOLFO  MGOLFO@SLEVINHART.COM
PRINCIPAL

October 15, 2024

*Via CM/ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2024

MEMO ENDORSED

Re:  *Jozef Garan v. 32BJ North Pension Fund*, Case No. 24-CV-6964 (VSB) (KHP)

Dear Judge Parker:

I am counsel to the Defendant in the above-referenced action, the 32BJ North Pension Fund ("Defendant"). On September 26, 2024, your Honor issued an Order (ECF #7) setting an Initial Case Management Conference ("Conference") for Thursday, December 5, 2024. Unfortunately, I have a conflict on that date and so, pursuant to Section 1.c. of your Individual Practices in Civil Cases ("Individual Practices"), I write to respectfully request that the Conference be adjourned and respectfully advise the Court that available dates for Defendant include: (1) Friday, December 6; (2) Monday, December 9; (3) Tuesday, December 17; (4) Wednesday, December 18; and (5) Friday, December 20.

Pursuant to Section 1.c of your Individual Practices, Defendant states that this is its first request for an adjournment of the Conference. The consent of *pro se* Plaintiff Jozef Garan ("Plaintiff") could not be obtained, despite attorneys from my office making multiple attempts to call Plaintiff to obtain his consent and leaving voicemails asking Plaintiff to return their calls. However, those calls have not been returned. A copy of this letter is being mailed to Plaintiff.

Defendant thanks the Court for its consideration of this request.

Respectfully submitted,

*/s/ Meredith B. Golfo*

Meredith B. Golfo

MBG:RSS:4204.77

cc:  Plaintiff Jozef Garan (via U.S. Mail to 14 Mulberry St., Apt. 3F, Yonkers, NY 10701)

23094862v3

**APPLICATION GRANTED:** The Initial Conference set for 12/5/2024 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **January 7, 2025 at 12:00 p.m.** The Clerk of Court is directed to mail a copy of this endorsement to the Plaintiff

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

10/15/2024