```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOZEF GARAN,

                                Plaintiff,          **24-CV-6964 (VSB) (KHP)**

       -against-                                        **ORDER**

32BJ NORTH PENSION FUND,

                                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letters dated January 2, 2025 and January 13, 2025, as well as Defendant's letter dated January 8, 2025. (ECF Nos. 19, 20, 22.)  The Initial Case Management Conference scheduled for **Monday, January 27, 2025 at 2:00 p.m.** is hereby converted to a telephonic conference. The parties are directed to call Judge Parker's conference line at the scheduled time. Please dial 646-453-4442; conference ID: 919 305 181. Any issues raised by the parties in their letters will be discussed at the Conference.

      The Clerk of Court is respectfully directed to mail this Order to Plaintiff.

**SO ORDERED.**

DATED:      New York, New York
                 January 16, 2025

                                                        _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge