**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

JOZEF GARAN,

                                        Plaintiff,

                    -against-

32BJ NORTH PENSION FUND,

                                        Defendant.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2025

**24-CV-6964 (VSB) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the Case Management Conference on January 27, 2025, by **February 26, 2025**, Defendant shall produce to Plaintiff the entire administrative record, as well as the relevant collective bargaining agreement provisions, and relevant plan amendments and plan documents. Specific documents that should be included were discussed in more detail on the record.

In addition, Defendant shall file its motion for summary judgment by **March 28, 2025** and Plaintiff shall file his opposition to the motion by **May 12, 2025**. Defendant shall file its reply by **May 26, 2025**.

The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4

p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment

with the Clinic by calling 212-382-4794.

      The Clerk of Court is respectfully directed to mail this Order to Plaintiff.

**SO ORDERED.**

DATED:      New York, New York
           January 27, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge