**UNITED STATES DISTRICT COURT**
**SOTHERN DISTRICT OF NEW YORK**

RECEIVED
SDNY PRO SE OFFICE

2018 DEC 18  AM 9: 44

_____

JOZEF GARAN

                Plaintiff,

      -against-

32BJ NORTH PENSION FUND

                Defendant.

_____

    24-cv-6964 (VSB) (KHP)

    **EXTENSION OF TIME REQUEST**

I am the Plaintiff, appearing pro se, in the above captioned case and I am submitting this request to file for an extension of time to file objections to the Report and Recommendations of Hon. Katherine H. Parker, United State Magistrate Judge dated December 4, 2025.

I was never served with the Report and Recommendations on the Motion for Summary Judgment in this case submitted by Judge Parker. I only received a copy of the Report because I appeared in Court On December 16, 2025 and picked it up. Also provide to me at the time was a copy pf the Civil Docket Case.

When I reviewed the two (2) documents, I discovered a conflict. Although, I was not served with either document before I picked them up, Judge Parker directed me to file my objections with 17 days of the date of Decision (12/4/25) and the Civil Docket Document required me to file my objections by December 18, 2025 (tomorrow).

My time to file has not expired, but due to the ambiguity and the holiday season, I will need more time to file my Objections. I had a fiend of mine call the Court today and he spoke with a representative of the Court on extension 2, who assured him that I did not have to file by

December 18, 2025. However, when I arrived home today, ,I called the pro se office and was told I had to file by December 18th.

I am in need of assistance to type for me and to put into words what I desire to say. I have been criticized in the past for mine or my wife's handwriting as they claimthey could not read it. In addition Judge Parker also provided in her Notice to me that my 17 days objection time would not start to run until I was served with a copy of her Report.

Due to the Holidays, the ambiguities and size of Judge Parker's Report, as a pro se Plaintiff, I will need an extension of time to respond to Judge Parker's Report. I thus request a date toward the end of January 2026.

JOZEF GARAN

Pro Se
14 Mulberry Street
Apt 3 F
Yonkers, New York 10701
(914) 552-6990

December 17/2025

Plaintiff's deadline to file objections is hereby extended until January 23, 2026. Defendants may respond by February 10, 2026.

SO ORDERED:    12/23/2025

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE